**DISMISS; and Opinion Filed September 26, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00309-CV

**DOROTHY ROBERSON, Appellant**
**V.**
**VILLAS TENISON PARK, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01000-D**

# MEMORANDUM OPINION

Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Boatright

Although cautioned that failure to file her brief by August 23, 2018 would result in dismissal of the appeal, appellant has failed to file the brief. Accordingly, we dismiss the appeal. TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180309F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DOROTHY ROBERSON, Appellant

No. 05-18-00309-CV          V.

VILLAS TENISON PARK, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-01000-D.
Opinion delivered by Justice Boatright, Justices Stoddart and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 26th day of September, 2018.